IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

IN RE: §
§ CASE NO. 00-60251-S-11-ABF
Chiles Supply Co. Inc,. dba Heatway §
§
DEBTOR. §
§



## APPLICATION FOR THE RECOVERY OF UNCLAIMED FUNDS

COMES NOW the claimant, Dilks & Knopik, LLC, attorney-in-fact for Avtar Loodu, claimant, hereby petitions the Court for $3,686.64, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to Avtar Loodu, creditor. A dividend check in the amount totaling $3,686.64 was not negotiated by the creditor and the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was mailed to Avtar Loodu at 11470-80 Avenue, Delta BC, Canada, V4C-1X3
That address is no longer valid. The change of address prevented delivery of the original dividend check.
Exhibit A is evidence that Avtar Loodu once used that address.

The creditor's current mailing address, phone and social security/tax identification number are:

Avtar Loodu
9525 116th St.
Delta, BC V4C 5X2
604-585-6638
Last four digits of SSN/TIN: 1359

Claimant now seeks to recover the funds from the Court's Registry. Wherefore, claimant prays that, upon proper notice to the U.S. Attorney's Office, the Court order that a check in the amount of $3,686.64 made payable to Avtar Loodu c/o Dilks & Knopik, LLC be issued from the Court's Registry.

Dated: 10/15/2007         Respectfully Submitted: _____
                          Brian J. Dilks, Managing Member
                          Dilks & Knopik, LLC, Attorney in Fact for
                          Avtar Loodu
                          PO Box 2728
                          Issaquah, WA 98027
                          (425) 836-5728

On 10/15/07 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Caryn M. Dilks, Notary Public
[Seal]    for the State of Washington, County of King
          My Commission Expires: July 29, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: | § |
| | § CASE NO. 00-60251-S-11-ABF |
| Chiles Supply Co. Inc,. dba Heatway | § |
| | § |
| DEBTOR. | § |
| | § |

## CERTIFICATE OF SERVICE

I, Brian J. Dilks, Managing Member of Dilks & Knopik, LLC, the undersigned, do declare that on 10/15/2007, I served a true and correct copy of the within document via United States Mail, with postage thereon fully prepaid, to the following individual(s) as follows:

U.S. Attorney's Office
Bradley J. Schlozman, USA
Charles E. Whittaker Courthouse
400 E. 9th Street
Kansas City, MO 64106

Chiles Supply Co. Inc,. dba Heatway
Debtor
3131 W. Chestnut Expressway
Springfield, MO 65802

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 10/15/2007      Respectfully Submitted: _____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC, Attorney in Fact for
Avtar Loodu
PO Box 2728
Issaquah, WA 98027
(425) 836-5728

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

RE: Chiles Supply Co. Inc,. dba Heatway     )
                                            )   Case: 00-60251-S-11-ABF
                                            )
                                            )   **AUTHORITY TO ACT**
                                            )   **Limited Power of Attorney**
         Debtor(s)                          )   **LIMITED TO ONE TRANSACTION**

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFRENCED CASE

1. **Avtar Loodu** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$3,686.64** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall be come effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_Avtar Loodu_ (signature)        Oct 10, 20 07
Avtar Loodu                      Date

Tax ID: XXX-XX- 1359

ACKNOWLEDGMENT   City of
Province                          Surrey, BC
STATE OF  BC  )                   COUNTY OF _____ )

On this  10  day of  Oct , 2007, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Avtar Loodu  known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal

NOTARY PUBLIC _____

Residing at _____

My Commission expires _____

SUKH-JINDER S. GREWAL
Barrister • Solicitor • Notary Public
#102 - 9278 Scott Road
Surrey, BC V3V 4B8
Phone: 604-589-1399